**UNIVERSAL CREDIT COMPANY, Movant, v. DURHAM et al.,**

Opposed.

Court of Appeals of Kentucky.

(Decided Dec. 10, 1937.)

JOE S. FEATHER and M. A. GRAY for movant.

THOMAS F. YOUNG, opposed.

PER CURIAM.

Appeal denied.   Judgment affirmed.